AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

**UNITED STATES OF AMERICA**

v.

**ROBERT DENNES FULTON**

**DOB:x/xx/xx**

## CRIMINAL COMPLAINT

**CASE NUMBER:**

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.  On or about  <u>**DECEMBER 4, 2005**</u>  in  <u>**WASHINGTON**</u>  county, in the  _____  District of  <u>**COLUMBIA**</u>  defendant(s) did, (Track Statutory Language of Offense)

wilfully and by means of a screwdriver, crowbar, or some other metal object and tool, did injure Solid Steel Frame Door with Ballistic Glass that was the property of the United States, specifically, one of its agencies, the United States Department of Homeland Security at one of its offices located at 950 "H" Street, N.W. in the District of Columbia thereby causing damage to such property in excess of $1,000.00.

in violation of Title  <u>18</u>  United States Code, Section(s)  <u>1361</u>  .

I further state that I am  <u>**SPECIAL AGENT MICHAEL D'ANGELO**</u> , and that this complaint is based on the following facts:

## SEE ATTACHED STATEMENT OF FACTS

Continued on the attached sheet and made a part hereof:        ☒ Yes   ☐ No

_____

Signature of Complainant

**SPECIAL AGENT MICHAEL D'ANGELO**

**UNITED STATES SECRET SERVICE**

Sworn to before me and subscribed in my presence,

_____  at   <u>**Washington, D.C.**</u>

Date                                                                          City and State

_____                    _____

Name & Title of Judicial Officer                          Signature of Judicial Officer