## AFFIDAVIT IN SUPPORT OF APPLICATION FOR ARREST WARRANT

1. I have been a law enforcement officer for 6 years. I have been employed as a special agent with the United States Secret Service since February 2003. Previously, I was employed as a police officer with the Montgomery County, Maryland Police Department. My law enforcement training and experience include the preparation, presentation and service of criminal complaints, arrest and search warrants. In addition, I have received training in general law enforcement and criminal investigations to include violations involving credit card fraud, forgery, and theft statutes. The information contained in this affidavit is based on my training, experience and participation in other financial investigations involving fraudulent criminal activities, as well as information gathered during the investigation from civilians and law enforcement officers.

## BACKGROUND AND EVIDENCE OF VIOLATIONS

2. On December 4, 2005, the United States Secret Service Washington Field Office was contacted by U.S. Secret Service Special Officer Hamilton and advised that the U.S. Secret Service Headquarters was burgarlarized, specifically the SATO Travel Agency located within U.S. Secret Service Headquarters at 950 H Street NW Washington, DC. The SATO Travel Agency is the contract travel agency for the U.S. Secret Service.

3. SA Casey Stumpf and U.S. Secret Service Uniformed Division Crime Scene Unit responded to the location. It was discovered that the ballistic glass fire doors located off of H Street, NW leading directly into the building, had been removed and irrepairably damaged. The ballistic glass molding was removed and the ballistic glass was lifted out of its frame. U.S. Secret Service Crime Scene Officer Ellison was able to identify latent fingerprints from the interior and exterior of the building. SA Stumpf reviewed security video surveillance footage of the break in. The video showed a black male, who appeared to be bald, wearing a white, red, and blue shirt and blue jeans. The suspect was carrying a black shoulder bag and pulling a black suitcase. The video shows the suspect approaching the area of the fire doors, and then disappearing from the view of the camera for approximately twenty minutes and then reappearing. The suspect then continues walking down H Street, eastbound, carrying the black shoulder bag and black suitcase.

SA Stumpf spoke with Charles Hustead of SATO Travel Agency, who stated that a storage door had been broken into, which contained blank SATO travel tickets, a SATO ticket machine, and a safe.

On December 8, 2005, it was discovered that the latent fingerprint retrieved from the outside of the ballistic glass doors matched that of Robert Dennes Fulton. He is described as a black male, 5-10, 203 lbs., DOB x/xx/xx, SOC xxx-xx-xxxx, and FBI number xxxxxxxxx.

On December 9, 2005, an investigative search indicated that Fulton had been arrested in New York on December 6, 2005 for Burglary: Illegal Entry with Criminal Intent, Criminal Trespass 2nd Degree, Possession of Burglary Tools, and Criminal Misdemeanor: Intentional Damage. Fulton is currently being held in the Manhattan House of Detention Complex in New York.

Continuing on December 9, 2005, the U.S. Secret Service New York Field Office was contacted. They provided arrest photos from previous arrests of Fulton, which appeared to match that of the surveillance video. SA D'Angelo reviewed the arrest photos, and the video surveillance tapes, which appeared to be Fulton.

Also on December 9, 2005, Charles Hustead from SATO Travel Agency indicated that two Amtrak tickets to New York City were stolen.

In addition, the U.S. Secret Service New York Field Office interviewed Fulton. Fulton indicated that he was in Washington, DC a week ago and that he traveled to New York by train. Fulton then refused to cooperate with the agents.

On December 12, 2005, Joe Blevins, who is the facilities manager at U.S. Secret Service Headquarters, stated the there was no scheduled maintenance on the ballistic glass door and that the only personnel who were granted access to the door were U.S. Secret Service employees. Blevins stated that the ballistic glass doors cost more than $1,000 when initially installed.

U.S. Secret Service Special Officer Wilson stated that the doors had been in good working condition prior to the burglary. Wilson indicated that he checks on the building's doors every two hours.

## CONCLUSION

Based upon my experience, training and the results of the investigation to date, I have probable cause to believe that Robert Dennes Fulton violated 18 USC 1361, willfully injuring or committing depredation against property of the United States.

_____
MICHAEL D'ANGELO
SPECIAL AGENT, United States Secret Service


Subscribed and sworn to before me this ____ day of December, 2005.


_____
UNITED STATES MAGISTRATE JUDGE