IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Criminal No.: |
| v. | : | MAGISTRATE NO. 05-0657M-01 (CR) |
| **ROBERT DENNIS FULTON,** | : | VIOLATION: 18 U.S.C. §1361 |
| Defendant. | : | (Destruction of Federal Property) |

## INFORMATION

The United States Attorney charges:

On or about December 4, 2005, within the District of Columbia, **Robert Dennis Fulton,** willfully injured and committed a depredation against certain property of the United States, that is, two ballistic glass fire doors, causing damage that exceeded the sum of $1,000.

(**Federal Destruction of Property**, in violation of 18 U.S.C. Section 1361)

RESPECTFULLY SUBMITTED,

KENNETH L. WAINSTEIN
UNITED STATES ATTORNEY
Bar No. 451-058

_____
By:   G. MICHAEL HARVEY
ASSISTANT U.S. ATTORNEY
D.C. Bar # 447465
Assistant United States Attorney
United States Attorneys Office
555 4th Street, N.W.
Washington, D.C. 20530
202-305-2195