IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Criminal No.:  06-cr-242 (HHK) |
| v. | : | |
| **ROBERT DENNIS FULTON,** | : | |
| Defendant. | : | |

## CONSENT MOTION TO UNSEAL RECORD

The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully moves this Court to unseal the record in this case, and states further as follows:

1. Last December, an arrest warrant was issued by this Court charging the defendant with Destruction of Federal Property in violation of 18 U.S.C. § 1361 in related Magistrate Case No. 05-657M.  An Information charging the defendant with that same charge was filed in this matter on August 14, 2006.  Because the arrest warrant has never been executed on the defendant both Magistrate Case 05-657M and this case are presently under seal.[1]

2. The defendant is presently incarcerated in Rikers Island Penitentiary serving a sentence on New York state charges.  The defendant has now agreed to enter a plea of guilty, before the United States District Court for the Southern District of New York to the charge in this case, and has executed a Rule 20 consent to effectuate transfer of this action.  To facilitate transfer of the docket in this matter to New York, the government respectfully requests that this matter be

---

[1] The government did not request that these matters be placed under seal.  The Clerk's Office informed undersigned counsel that all arrest warrant matters, and any cases arising from them, are automatically placed under seal pending execution of the warrant.

unsealed.

3.   Undersigned counsel has discussed this motion with counsel for the defendant, Toni Messina, and she has indicated that the defendant consents to this request.

WHEREFORE, the United States respectfully requests that the record in this matter be unsealed.

>RESPECTFULLY SUBMITTED,
>
>KENNETH L. WAINSTEIN
>UNITED STATES ATTORNEY
>
>_____
>By:   G. MICHAEL HARVEY
>ASSISTANT U.S. ATTORNEY
>D.C. Bar # 447465
>FEDERAL MAJOR CRIMES SECTION
>Tel: (202) 305-2195; Fax: (202) 514-6010

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 21st day of August, 2006, a copy of the foregoing Consent Motion to Unseal Record was served upon counsel for the defendant as follows:

>Toni Messina, Esq.
>100 Lafayette Street,
>Suite 502
>New York, New York 10013

>_____
>G. MICHAEL HARVEY
>ASSISTANT UNITED STATES ATTORNEY