IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Criminal No.: 06-cr-242 (HHK) |
| v. | : | |
| **ROBERT DENNIS FULTON,** | : | |
| **Defendant.** | : | |

### ORDER

Upon consideration of the government's Consent Motion to Unseal Record, and the record herein, it is this _____ day of _____, 2006, hereby

**ORDERED**, that government's Consent Motion to Unseal the Record in this matter is **GRANTED.**

_____
HENRY J. KENNEDY
United States District Judge

cc:

Toni Messina, Esq.
100 Lafayette Street,
Suite 502
New York, New York 10013

G. Michael Harvey
Office of the United States Attorney
Federal Major Crimes
Room 4243
555 Fourth Street, N.W.
Washington, D.C.  20530