**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Criminal No.:** |
| **v.** | : | |
| **ROBERT DENNIS FULTON,** | : | |
| Defendant. | : | |

**CONSENT TO TRANSFER
OF PROSECUTION PURSUANT TO RULE 20**

Pursuant to Rule 20 of the Federal Rules of Criminal Procedure, the undersigned parties, defendant Robert Dennis Fulton; his attorney, Toni Messina; the United States Attorney for the Southern District of New York, Michael J. Garcia; and the United States Attorney for the District of Columbia, Kenneth L. Wainstein, hereby request and consent to the transfer of the matter described below from the United States District Court for the District of Columbia to the United States District Court for the Southern District of New York for final disposition. In support thereof, the parties state the following:

1. The defendant is presently incarcerated in Rikers Island Penitentiary serving a sentence on New York state charges.

2. An arrest warrant has been issued by the United States District Court for the District of Columbia charging the defendant with Destruction of Federal Property in violation of 18 U.S.C. § 1361, which occurred in the District of Columbia. An Information charging the defendant with that offense is pending against the defendant as well in the District of Columbia

3. The defendant has now agreed to enter a plea of guilty, before the United States District Court for the Southern District of New York to the offense of Destruction of Federal Property in violation of 18 U.S.C. § 1361. Accordingly, the undersigned defendant hereby

2

waives venue, indictment and trial in the District of Columbia, and consents to transfer of the prosecution for the charge of Destruction of Federal Property from the District of Columbia to New York where the defendant is presently held so that the he may plead guilty to that offense before the United States District Court for the Southern District of New York.

4. The undersigned U.S. Attorneys hereby approve transfer of the prosecution of the defendant for the Destruction of Property from the District of Columbia to New York for final disposition.

Respectfully submitted,


_____                    _____
Date                                        Robert Dennis Fulton
                                            Defendant



_____                    _____
Date                                        Toni Messina,
                                            Counsel for Defendant



_____                    _____
Date                                        Michael J. Garcia
                                            United States Attorney for the
                                            Southern District of New York



_____                    _____
Date                                        Kenneth L. Wainstein
                                            United States Attorney for the
                                            District of Columbia