Clerk, U.S. District Court
for the District of Columbia
333 Constitution Avenue, N.W.
Room 1225
Washington, D.C. 20001

August 31, 2006

Clerk, U.S. District Court
for the Southern District
of New York
U.S. Courthouse
500 Pearl Street
New York, N.Y. 10007-1312

In re: U.S.A. vs Robert Dennis Fulton
Rule 20
Criminal Case No. 06-242-HHK

Dear Clerk:

You were mailed Rule 20 documents in this case on August 30, 2006. In the cover letter I stated that when the Order granting U.S.A.'s consent motion to unseal the case was signed and filed, I would forward a certified copy to your office.

The Order was received by me today. Please find a certified copy attached to this document.

Thank you for your attention to this matter.

Very truly yours,

NANCY MAYER-WHITTINGTON, CLERK

By: _Linda Pugh_
Deputy Clerk, (202) 354/3173

Attachment