Clerk, U.S. District Court
for the District of Columbia
333 Constitution Avenue, N.W.
Room 1225
Washington, D.C. 20001

August 30, 2006

Clerk, U.S. District Court
for the Southern District
of New York
U.S. Courthouse
500 Pearl Street
New York, N.Y. 10007-1312

**FILED**

SEP 13 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**UNSEALED**

In Re:  U.S.A. vs Robert Dennis Fulton
SEALED CASE
Criminal Case No. 06-242-HHK

Dear Clerk:

Pursuant to Rule 20, please find enclosed certified copies of the complaint and warrant for arrest in the underlying magistrate case, case number 05-657M-01; along with certified copies of Information, consent motion to unseal record, executed consent to transfer of prosecution pursuant to Rule 20, executed Rule 20 transfer notice, and docket sheet. Please be advised that the motion to unseal the case is still pending and when the Order granting the motion is signed and filed, I will forward a copy to your office for your records.

Please acknowledge receipt of these documents on the enclosed copy of this letter and indicate the case number assigned by your court.

Very truly yours,

NANCY MAYER-WHITTINGTON, CLERK

By: *Linda Pugh*
Deputy Clerk, (202) 354-3173

Enclosures

SEP ∩ 2006

**06 CRIM 760**